IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                                                                          Case No. 1:04cr10022-1

JONATHAN ROBERT MCDOUGLE

     Defendant.

---

### ORDER REFUNDING CASH APPEARANCE BOND

     This matter comes before the Court on a motion for refund of the cash appearance bond.  It now appears

that the defendant has complied with the requirements of said bond and orders of this Court.

     IT IS THEREFORE **ORDERED** that the ( $15,000/10%= $1500.00)appearance bond (receipt  J27262 )

for this defendant be cancelled and discharged, and the Clerk is directed to issue a check on the Registry in the sum

of $1500.00,   payable to: Jerry W. Chism, 10 Ridgedale Drive,  Jackson, TN 38305;  in full refund of the cash

appearance bond posted herein.

*James D. Todd*

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: *21 April 2005*

Approved:

ROBERT R. DI TROLIO, CLERK OF COURT

BY: _____

     Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  *4/26/05*

69

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 1:04-CR-10022 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Danny R. Ellis
MUELLER & ELLIS, PLC
1289 N. Highland Ave.
P.O. Box 3512
Jackson, TN 38303--351

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT